JAMES MATTHEW BROWN, APLC (Bar No.: 98922)
Attorney at Law
2044 First Avenue, Suite 200
San Diego, California 92101
(619) 238-0815

Attorney For Defendant Felipe Jasso-Rios

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Case No. 08CR0159-BEN |
| Plaintiff, | STIPULATION FOR CONTINUANCE OF DISCOVERY MOTION DATE AND ORDER THEREON |
| v. | |
| FELIPE JASSO-RIOS | |
| Defendant. | |

COMES NOW, United States of America, by and through its attorney of record, Assistant U.S. Attorney, Steven De Salvo, and Felipe Jasso-Rios, by and through his attorney of record, James Matthew Brown, APLC and hereby stipulate as follows:

Discovery motions in the above matter are currently scheduled to be heard on March 3, 2008 at 1:30 p.m. before the Honorable Roger T. Benitez, United States District Court Judge.

Mr. De Salvo has advised he is extremely ill with the flu and has requested the above hearing date be continued to a time when he can personally appear. Defense counsel agrees the discovery hearing should be continued to accommodate Mr. De Salvo not only due to his

illness but also to accommodate Mr. Jasso-Rios' ex parte application to file discovery motions. Surely, the government will need time to respond to said discovery requests.

Based on the aforementioned the parties agree that the defendants discovery motion date should be continued to a time in March 2008 and at the convenience of the court. IT IS SO STIPULATED.

DATED: 2/28/08.               LAW OFFICES OF JAMES MATTHEW BROWN, APLC

                     By:   S/James Matthew Brown
                           James Matthew Brown
                           Attorney for Defendant

DATED: 2/28/08                UNITED STATES ATTORNEY'S OFFICE

                     By:   S/ Steven De Salvo
                           AUSA STEVEN DE SALVO
                           Attorney for Plaintiff

### ORDER

The Court having considered the Stipulation for Continuance of Defendant Felipe Jasso-Rios' discovery motion hearing date and good cause appearing thereto  the date for sentencing is continued to _____ , 2008 at 130 p.m.

DATED: _____ .

                           _____ .
                           HONORABLE ROGER T. BENITEZ
                           United States District Court Judge

2