```
 1 | JAMES MATTHEW BROWN, APLC (CSB# 98922)
   | Attorney at Law
 2 | 2044 First Avenue, Suite 200
   | San Diego, CA 92101
 3 | (619) 238-0815
 4 | Attorney for Defendant Felipe Jasso-Rios
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(Hon. ROGER T. BENITEZ)

| UNITED STATES OF AMERICA, | ) Case No. 08 CR 0159-BEN |
|---|---|
| Plaintiff, | ) EX-PARTE APPLICATION FOR ORDER SHORTENING TIME TO FILE DISCOVERY MOTIONS AND ORDER THEREON |
| v. | |
| FELIPE JASSO-RIOS, | |
| Defendant. | |

TO THE HONORABLE JUDGE ROGER T. BENITEZ, US ATTORNEY KAREN HEWITT AND SPECIAL ASSISTANT US ATTORNEY ST4EVEN DE SALVO:

COMES NOW, Defendant, Felipe Jasso-Rios, by and through his attorney, James Matthew Brown, APLC, and hereby requests this courts order shortening time to file the attached Discovery Motions as identified.

This Ex-Parte application will be based upon the agreement of AUSA Steven De Salvo, and the Declaration of James Matthew Brown, APLC.

1

Said application will also be based on the entire contents of the file, all pleadings, motions, and such other and further information as may be provided.

DATED: February 28, 2008    LAW OFFICES OF JAMES MATTHEW BROWN

By: S/James Matthew Brown
James Matthew Brown, APLC
For: Felipe Jasso-Rios

ORDER

The Court having considered the ex parte application of Defendant Felipe Jasso-Rios requesting an order to shorten time to file Discovery Motions, the Declaration of James Matthew Brown, APLC and the agreement of AUSA Steven De Salvo as described in said Declaration in support thereof, and GOOD CAUSE APPEARING THEREFORE:

Said application is GRANTED AND THE DEFENDANTS DISCOVERY MOTIONS ARE ORDERED FILED.

Dated: _____                          _____
                                         UNITED STATES DISTRICT COURT JUDGE