```
 1   KAREN P. HEWITT
     United States Attorney
 2   STEVEN DE SALVO
     Assistant U.S. Attorney
 3   California State Bar No. 199904
     United States Attorney's Office
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619) 557-7032/(619) 235-2757 (Fax)
     Email: steven.desalvo@usdoj.gov
 6
     Attorneys for Plaintiff
 7   United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08R0159-BEN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JOINT MOTION FOR CONTINUANCE AND ORDER THEREON |
| FELIPE JASSO- RIOS, | ) | |
| Defendant. | ) | |

The parties in the above-captioned case, UNITED STATE OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Steven De Salvo, Assistant United States Attorney, and FELIPE JASO-RIOS, by and through his counsel, James M. Brown, hereby jointly move this court for an order continuing the sentencing hearing from April 1, 2008, 2 p.m., to April 18, 2 p.m. The parties have cleared the date through the Court's deputy clerk.

Dated:     March 28, 2008                    Respectfully submitted,

                                             KAREN P. HEWITT
                                             United States Attorney

                                             /s/ Steven De Salvo
                                             _____
                                             STEVEN DE SALVO
                                             Assistant U.S. Attorney

                                             /s/ James M. Brown
                                             _____
                                             JAMES M. BROWN
                                             Attorney for Co-Defendant

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0159-BEN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| FELIPE JASSO-RIOS, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting date in the above-captioned case is continued from April 1, 2008, 2 p.m., to April 18, 2008, at 2 p.m.

DATED: _____

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br> FELIPE JASSO-RIOS,  <br>  Defendant. | Criminal Case No. 08CR0159-BEN  <br>  <br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN DE SALVO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of JOINT MOTION FOR CONTINUANCE AND ORDER THEREON on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**James Matthew Brown**
Law Office of James Matthew Brown
2044 First Avenue
Suite 200
San Diego, CA 92101
(619)238-0815
Fax: (619)233-4516
Email: jim@brownlawaplc.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2008.

s/ Steven De Salvo
STEVEN DE SALVO

4