Dorothy Rees Shelton
Attorney At Law
California State Bar No. 74940
110 West "C" Street, Suite 711
San Diego, California  92101
Tel: (619) 239-9387

Attorney for Material Witnesses GAUDENCIO BARRAGAN-MORALES and
SALVADOR ISQUIERDO-ISQUIERDO

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>FELIPE JASSO-RIOS,<br><br>            Defendant. | Criminal Case No. 07cr 0159 BEN<br>Magistrate Case No. 07 mg 3012 CAB<br><br>DATE:  APRIL 17, 2008<br>TIME:   9:30 AM<br><br>PROOF OF SERVICE |

I

INTRODUCTION

I, the undersigned, state:

That I am over eighteen y ears of age, a resident of the County of San Diego, State of California, and not a party in the within action;

That my business address is: 110 West C Street, Suite 711, San Diego, California 92101

That I served the NOTICE OF HEARING ON MOTION, and MOTION FOR VIDEOTAPED DEPOSITIONS OF MATERIAL WITNESSES; DECLARATION OF ATTORNEY IN SUPPORT OF MOTION FOR VIDEOTAPE DEPOSITIONS OF MATERIAL WITNESSES; MEMORANDUM OF

1

1 | POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR VIDEOTAPED DEPOSITION OF
2 | MATERIAL WITNESSES and the Proposed Order on Counsel involved in this matter by electronically
3 | filing the foregoing documents with the Clerk of the District Court using its ECF System.  The following
4 | parties to the instant case will receive the foregoing documents:

Steven D DeSalvo steven desalvo@usdoj.gov,efile.dkt.gc1@usdoj.gov
Monica zamora@usdoj.gov
James Matthew Brown, Esq.  jim@brownlawaplc.com

I certify under penalty of perjury that the foregoing is true and correct.  Executed on April 4, 2008, at San Diego, California

/s/ Dorothy Shelton
DOROTHY SHELTON , Attorney for Material Witnesses
GAUDENCIO BARRAGAN-MORALES
SALVADOR ISQUIERDA-ISQUIERDA