Dorothy Rees Shelton
Attorney At Law
California State Bar No. 74940
110 West "C" Street, Suite 711
San Diego, California 92101
Tel: (619) 239-9387

Attorney for Material Witnesses GAUDENCIO BARRAGAN-MORALES and
SALVADOR ISQUIERDO-ISQUIERDO

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> FELIPE JASSO-RIOS, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal Case No. 07cr 0159 BEN <br> Magistrate Case No. 07 mg 3012 CAB <br><br> DATE: APRIL 17, 2008 <br> TIME: 9:30 AM <br><br> NOTICE OF MOTION AND MOTION <br> FOR ORDER SETTING VIDEO DEPOSITION <br> OF MATERIAL WITNESSES <br> GAUDENCIO BARRAGAN-MORALES and <br> SALVADOR ISQUIERDA-ISQUIERDA |

TO:     KAREN P. HEWITT, United States Attorney;
        STEVEN D De SALVO, Assistant United States Attorney; and
        JAMES MATTHEW BROWN, ESQ.

PLEASE TAKE NOTICE that on Thursday, April 17, 2008 at 9:30 A.M. in the Courtroom of The Honorable Cathy Ann Bencivengo, or as soon as thereafter as counsel may be heard, Material Witnesses GAUDENCIO BARRAGAN-MORALES and SALVADOR ISQUIERDA-ISQUIERDA, by and through their counsel, DOROTHY SHELTON, will bring the above entitled Motion.

MOTION

Material Witnesses, GAUDENCIO BARRAGAN-MORALES and SALVADOR ISQUIERDA-

1  ISQUIERDA, by and through Counsel, DOROTHY SHELTON, and pursuant to Rule 15(a) of the
2  Federal Rules of Criminal Procedure, and pursuant to 18 U.S.C. Section 3144, move for an Order
3  to secure video depositions of their testimony pending trial, and for an Order for their release from
4  custody immediately thereafter.
5      This Motion will be made on the grounds that the Witnesses are unable to meet any condition
6  of release, and that their testimony can be adequately secured by Deposition, and that detention is not
7  necessary to prevent a failure of Justice, and that further detention imposes a severe hardship on the
8  Witnesses and their family.
9      This Motion will be based upon the Declaration of Attorney DOROTHY SHELTON, the
10  Memorandum of Points and Authorities in support of this Motion herein filed, and all documents and
11  records on file herein, and upon such oral testimony as the Court may deem proper.
12
13  Dated: April 4, 2008
14                                                /s/ Dorothy Shelton
                                              DOROTHY SHELTON
15                                                Attorney for GAUDENCIO BARRAGAN-MORALDS
                                                        SALVADOR ISQUIERDA-ISQUIERDA
16
17
18
19
20
21
22
23
24
25
26
27
28