Dorothy Rees Shelton
Attorney At Law
California State Bar No. 74940
110 West "C" Street, Suite 711
San Diego, California 92101
Tel: (619) 239-9387

Attorney for Material Witnesses GAUDENCIO BARRAGAN-MORALES and SALVADOR ISQUIERDO-ISQUIERDO

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>FELIPE JASSO-RIOS,<br><br>          Defendant. | Criminal Case No. 07cr 0159 BEN<br>Magistrate Case No. 07 mg 3012 CAB<br><br>DATE:  APRIL 17, 2008<br>TIME:   9:30 AM<br><br>MOTION TO SHORTEN TIME |

TO:   KAREN P. HEWITT, United States Attorney;
       STEVEN D De SALVO, Assistant United States Attorney; and
       JAMES MATTHEW BROWN, ESQ.

Please take note that the above named Material witnesses, by and through counsel, move this Court for an order Shortening Time to ten (10) days, so that they may file and present their Motion for a Video Taped Deposition on Thursday, April 17, 2008 at 9:30 A.M., or as soon thereafter as Counsel may be heard.

DATED:  April 7, 2008                S/Dorothy Rees Shelton

                                      Respectfully submitted,

                                      Dorothy Rees Shelton

                                      Attorney for Material Witnesses

1