Dorothy Rees Shelton
Attorney At Law
California State Bar No. 74940
110 West "C" Street, Suite 711
San Diego, California  92101
Tel: (619) 239-9387

Attorney for Material Witnesses GAUDENCIO BARRAGAN-MORALES and
SALVADOR ISQUIERDO-ISQUIERDO

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>     v. )<br>)<br>)<br>FELIPE JASSO-RIOS, )<br>)<br>            Defendant. )<br>_____ ) | Criminal Case No. 07cr 0159 BEN<br>Magistrate Case No. 07 mg 3012 CAB<br><br>DATE:   APRIL 17, 2008<br>TIME:    9:30 AM<br><br>PROOF OF SERVICE |

I

INTRODUCTION

I, the undersigned, state:

That I am over eighteen y ears of age, a resident of the County of San Diego, State of California, and not a party in the within action;

That my business address is: 110 West C Street, Suite 711, San Diego, California 92101

That I served the MOTION TO SHORTEN TIME TO TAKE VIDEO DEPOSITION OF MATERIAL WITNESSES GAUDENCIO BARRAGAN-MORALES and SALVADOR ISQUIERDA ISQUIERDA  on Counsel involved in this matter by electronically

1

1  filing the foregoing documents with the Clerk of the District Court using its ECF System. The following
2  parties to the instant case will receive the foregoing documents:
3      Steven D DeSalvo steven desalvo@usdoj.gov,efile.dkt.gc1@usdoj.gov
    Monica zamora@usdoj.gov
4      James Matthew Brown, Esq.  jim@brownlawaplc.com
5      I certify under penalty of perjury that the foregoing is true and correct. Executed on April
6  7, 2008, at San Diego, California

7      /s/ Dorothy Shelton
    DOROTHY SHELTON , Attorney for Material Witnesses
8      GAUDENCIO BARRAGAN-MORALES
    SALVADOR ISQUIERDA-ISQUIERDA