```
 1  Dorothy Rees Shelton
    Attorney At Law
 2  California State Bar No. 74940
    110 West "C" Street, Suite 711
 3  San Diego, California  92101
    Tel: (619) 239-9387
 4

 5  Attorney for Material Witnesses GAUDENCIO BARRAGAN-MORALES and
                    SALVADOR ISQUIERDO-ISQUIERDO
 6

 7

 8                    UNITED STATE DISTRICT COURT

 9                  SOUTHERN DISTRICT OF CALIFORNIA

10                (THE HONORABLE CATHY ANN BENCIVENGO)

11

12  UNITED STATES OF AMERICA,        )   Criminal Case No. 07cr 0159 BEN
                                     )   Magistrate Case No. 07 mg 3012 CAB
13                                   )
              Plaintiff,             )   DATE:  APRIL 17, 2008
14                                   )   TIME:  9:30 AM
        v.                           )
15                                   )   ORDER TO SHORTEN TIME
                                     )
16  FELIPE JASSO-RIOS,               )
                                     )
17            Defendant.             )
                                     )
18  _____  )

19  TO:     KAREN P. HEWITT, United States Attorney;
            STEVEN D De SALVO, Assistant United States Attorney; and
20          JAMES MATTHEW BROWN, ESQ.

21
            Motion To shorten Time having been made in the above entitled matter, the Court
22
    being fully advised, and good cause appearing therefore,
23
            IT IS HEREBY ORDERED that time for Hearing the Motion for a Videotaped
24
    Deposition of Material Witnesses, GAUDENCIO BARRAGAN-MORALES and SALVADOR
25
    ISQUIERDA-ISQUIERDA named in the above action be shortened to ten (10) days, to be heard
26
    /
27
    /
28
```

1

Thursday, April 17, 2008 at 9:30 A.M., or as soon thereafter as Counsel may be heard.

**IT IS SO ORDERED.**

Dated: 4/7/2008

*/s/ Ruben Brooks* for
THE HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge