```
 1 | JAMES MATTHEW BROWN, APLC (Bar No.: 98922)
   | Attorney at Law
 2 | 2044 First Avenue, Suite 200
   | San Diego, California 92101
 3 | (619) 238-0815
 4 |
   | Attorney For Defendant Felipe Jasso-Rios
 5 |
 6 |
 7 |
 8 |                UNITED STATES DISTRICT COURT
 9 |                SOUTHERN DISTRICT OF CALIFORNIA
10 |                (HONORABLE ROGER T. BENITEZ)
11 | UNITED STATES OF AMERICA,      ) Crim. Case No. 08CR0159-BEN
                                    )
12 |                                ) STIPULATION FOR CONTINUANCE
   |            Plaintiff,          ) OF DISCOVERY MOTION DATE AND
13 |                                ) ORDER THEREON
   | v.                             )
14 |                                )
   | FELIPE JASSO-RIOS              )
15 |                                )
   |            Defendant.          )
16 |                                )
   | _____  )
17 |
```

COMES NOW, United States of America, by and through its attorney of record, Assistant U.S. Attorney, Steven De Salvo, and Felipe Jasso-Rios, by and through his attorney of record, James Matthew Brown, APLC and hereby stipulate as follows:

Discovery motions in the above matter are currently scheduled to be heard on April 18, 2008 at 1:30 p.m. before the Honorable Roger T. Benitez, United States District Court Judge.

At the parties request the court previously continued the motion hearing date to April 18, 2008 at 2:00 p.m.

Unfortunately, counsel for Mr. Jasso-Rios did not notice he would be out of the district on April 18, 2008 attending a

art/photography show being presented by his daughter at Humboldt State University. This is a one time show that counsel had committed himself to and for which tickets and hotel reservations had been made.

As soon as the error in dates was noticed Mr. De Salvo was contacted and the matter discussed. Mr. De Salvo has quite graciously stipulated to a continuance of the motion hearing date to April 25, 2008 at 2:00 p.m..

Based on the aforementioned the parties agree that the defendants discovery motion date should be continued to a time in March 2008 and at the convenience of the court. IT IS SO STIPULATED.

DATED: 4/7/08.    LAW OFFICES OF JAMES MATTHEW BROWN, APLC

By:  S/James Matthew Brown
     James Matthew Brown
     Attorney for Defendant

DATED: 4/7/08    UNITED STATES ATTORNEY'S OFFICE

By:  S/ Steven De Salvo
     AUSA STEVEN DE SALVO
     Attorney for Plaintiff

2