```
 1  JAMES MATTHEW BROWN, APLC (Bar No.: 98922)
    Attorney at Law
 2  2044 First Avenue, Suite 200
    San Diego, California 92101
 3  (619) 238-0815

 4
    Attorney For Defendant Felipe Jasso-Rios
 5

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   (HONORABLE ROGER T. BENITEZ)

11  UNITED STATES OF AMERICA,    )  Crim. Case No. 08CR0159-BEN
                                 )
12                               )  DECLARATION OF JAMES MATTHEW
              Plaintiff,         )  BROWN    IN    SUPPORT    OF
13                               )  STIPULATION FOR CONTINUANCE
    v.                           )  OF DISCOVERY MOTION DATE AND
14                               )  ORDER THEREON
    FELIPE JASS0-RIOS            )
15                               )
              Defendant.         )
16                               )
                                 )
17  _____

18       I James Matthew Brown, APLC, declare as follows:

19  1. I am an attorney at law licensed to practice before this

20  Honorable Court. I represent Felipe Jasso Rios in the above

21  captioned matter.

22  2. AUSA Stephan De Salvo, on behalf of the United States of America

23  and I had previously stipulated to continue the motions hearing date

24  in this matter to April 18, 2008 at 2:00 p.m. This court graciously

25  granted our request.

26  3. At the time of entering into the aforementioned stipulation I

27  overlooked on my calendar the fact I was scheduled to be in

28  Humboldt, California on April 18, 2008 for a art/photography show
```

my daughter is presenting through Humboldt State University on that date. It is once in a lifetime opportunity and quite an honor for her. I had already committed to attending and have purchased tickets to attend same.

4. As soon as I recognized my error I contacted Mr. De Salvo and explained the situation to him. Mr. De Salvo has graciously stipulated to continue the motions hearing date in this matter to April 25, 2008 at 2:00 p.m. for the reasons set forth herein.

5. I would respectfully request Your Honor grant the stipulation for the reasons set forth herein.

6. I have personal knowledge of the matters set forth herein and would and could testify thereto if called upon.

I declare under the penalty of perjury the foregoing is true and correct.

DATED: 4/7/08.

By:  S/James Matthew Brown
     James Matthew Brown
     Attorney for Defendant