```
JAMES MATTHEW BROWN, APLC (Bar No.: 98922)
Attorney at Law
2044 First Avenue, Suite 200
San Diego, California 92101
(619) 238-0815


Attorney For Defendant Felipe Jasso-Rios
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FELIPE JASSO-RIOS<br><br>  Defendant. | Crim. Case No. 08CR0159-BEN<br><br>ORDER ON STIPULATION FOR CONTINUANCE OF DISCOVERY MOTION DATE AND ORDER THEREON |

**ORDER**

The Court having considered the Stipulation for Continuance of Defendant Felipe Jasso-Rios' discovery motion hearing date and good cause appearing thereto the date for sentencing is continued to _____, 2008 at 2:00 p.m.

DATED: _____.

_____
HONORABLE ROGER T. BENITEZ
United States District Court Judge