```
JAMES MATTHEW BROWN, APLC (Bar No.: 98922)
Attorney at Law
2044 First Avenue, Suite 200
San Diego, California 92101
(619) 238-0815


Attorney For Defendant Felipe Jasso-Rios
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FELIPE JASS0-RIOS<br><br>    Defendant. | Crim. Case No. 08CR0159-BEN<br><br>STIPULATION FOR CONTINUANCE OF DISCOVERY MOTION DATE AND ORDER THEREON |

COMES NOW, United States of America, by and through its attorney of record, Assistant U.S. Attorney, Steven De Salvo, and Felipe Jasso-Rios, by and through his attorney of record, James Matthew Brown, APLC and hereby stipulate as follows:

Discovery motions in the above matter are currently scheduled to be heard on April 18, 2008 at 2:00 p.m. before the Honorable Roger T. Benitez, United States District Court Judge.

James Matthew Brown, APLC, attorney for Felipe Jasso Rios now requests that said date be changed to April 28, 2008 due to his absence from the District on April 18, 2008. The reasons for said request are fully addressed in the attached Declaration of James

Matthew Brown, APLC filed in support of said request. To summarize however, at the time the April 18, 2008 date was selected, Attorney Brown failed to recognize that he was out of the District on April 18, 2008 attending his daughters art/photography show at Humboldt State University.

    Mr. De Salvo has graciously consented to Attorney Brown's request.

    Based on the aforementioned the parties agree that the defendants discovery motion date should be continued to April 28, 2008 at 2:00 p.m. IT IS SO STIPULATED.

DATED: 4/15/08   LAW OFFICES OF JAMES MATTHEW BROWN, APLC

                      By:   S/James Matthew Brown
                            James Matthew Brown
                            Attorney for Defendant

DATED: 4/15/08                UNITED STATES ATTORNEY'S OFFICE

                      By:   S/ Steven De Salvo
                            AUSA STEVEN DE SALVO
                            Attorney for Plaintiff