```
 1  JAMES MATTHEW BROWN, APLC (Bar No.: 98922)
    Attorney at Law
 2  2044 First Avenue, Suite 200
    San Diego, California 92101
 3  (619) 238-0815

 4
    Attorney For Defendant Felipe Jasso-Rios
 5
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| UNITED STATES OF AMERICA, | ) Crim. Case No. 08CR0159-BEN |
|---|---|
|  | ) |
| Plaintiff, | ) DECLARATION OF JAMES MATTHEW |
|  | ) BROWN IN SUPPORT OF |
| v. | ) STIPULATION FOR CONTINUANCE |
|  | ) OF DISCOVERY MOTION DATE AND |
| FELIPE JASS0-RIOS | ) ORDER THEREON |
|  | ) |
| Defendant. | ) |
|  | ) |

I James Matthew Brown, APLC, declare as follows:

1. I am an attorney at law licensed to practice before this Honorable Court. I represent Felipe Jasso Rios in the above captioned matter.

2. AUSA Stephan De Salvo, on behalf of the United States of America and I had previously stipulated to continue the motions hearing date in this matter to April 18, 2008 at 2:00 p.m. This court graciously granted our request.

3. At the time of entering into the aforementioned stipulation I overlooked on my calendar the fact I was scheduled to be in Humboldt, California on April 18, 2008 for a art/photography show

my daughter is presenting through Humboldt State University on that date. It is once in a lifetime opportunity and quite an honor for her. I had already committed to attending and have purchased tickets to attend same.

4. As soon as I recognized my error I contacted Mr. De Salvo and explained the situation to him. Mr. De Salvo has graciously stipulated to continue the motions hearing date in this matter to April 28, 2008 at 2:00 p.m. for the reasons set forth herein.

5. I would respectfully request Your Honor grant the stipulation for the reasons set forth herein.

6. I have personal knowledge of the matters set forth herein and would and could testify thereto if called upon.

I declare under the penalty of perjury the foregoing is true and correct.

DATED: 4/15/08.

By: <u>S/James Matthew Brown</u>
James Matthew Brown
Attorney for Defendant