# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
         Plaintiff           )     CRIMINAL NO. _08CR0159-BEN_
                 )
                 )     ORDER
      vs.           )
                 )     RELEASING MATERIAL WITNESS
Felipe Jasso-Rios           )
                 )     Booking No. 59714198
         Defendant(s)           )
_____ )

On order of the United States District/Magistrate Judge,   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Salvador Salvador-Isquierdo

DATED: ___5-1-08___

                                          **CATHY ANN BENCIVENGO**
                                   _____
                             UNITED STATES DISTRICT/MAGISTRATE JUDGE

                                       **OR**

RECEIVED _____
            **DUSM**

                         W. SAMUEL HAMRICK, JR.   Clerk
                         by
                                      **Deputy Clerk**