1 KAREN P. HEWITT
United States Attorney
2 STEVEN DE SALVO
Assistant United States Attorney
3 California State Bar No. 199904
United States Attorney's Office
4 Federal Office Building
880 Front Street, Room 6293
5 San Diego, California 92101
Telephone: (619) 557-7032
6
Attorneys for Plaintiff
7 UNITED STATES OF AMERICA

FILED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 08CR0159-BEN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES AND ORDER THEREON** |
| FELIPE JASSO-RIOS, | ) | |
| Defendant. | ) | |
| | ) | (Fast-Track Program) |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and STEVEN DE SALVO ~~Douglas Keehn~~, Assistant United States Attorney, and defendant FELIPE JASSO-RIOS, by and through and with the advice and consent of defense counsel, James M. Brown, that:

    1.    Defendant agrees to execute this stipulation and participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to Count 2 of the Indictment.

    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement.

    4.    The material witnesses, Salvador Salvador-Isquierdo, Jorge Banuelos-Roman, and Gaudencio Barragan-Morales, in this case:

        a.    Are aliens with no lawful right to enter or remain in the United States;

    b.    Entered or attempted to enter the United States illegally on or about December 27, 2007;

    c.    Were found in rural terrain near the international border with Mexico and were being guided by defendant, and defendant knew of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d.    Were paying and having others pay on their behalf an undisclosed amount and $1,500-$2,000 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e.    May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5.    After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a.    The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

    b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of an unavailable witnesses; and,

    c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

6.    By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense

Stipulation of Fact and Joint Motion for Release of
Material Witnesses And Order Thereon in
United States v. Felipe Jasso-Rios    2    07MJ3012

1  counsel and fully understands its meaning and effect.

2  Based on the foregoing, the parties jointly move the stipulation into evidence and for the

3  immediate release and remand of the above-named material witnesses to the Department of

4  Homeland Security for return to their country of origin.

5  It is STIPULATED AND AGREED this date.

6                                     Respectfully submitted,

7                                     KAREN P. HEWITT
                                      United States Attorney
8
9  Dated: 4/30/04

                                      STEVEN DE SALVO
10                                    Assistant United States Attorney

11
   Dated: 4-29-2008
12
                                      JAMES M. BROWN
                                      Defense Counsel for FELIPE JASSO-RIOS
13

14 Dated: 4-29-2008                   X Felipe Jasso Rios
                                      FELIPE JASSO-RIOS
15                                    Defendant

28  Stipulation of Fact and Joint Motion for Release of
    Material Witnesses And Order Thereon in
    United States v. Felipe Jasso-Rios              3                          07MJ3012

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 5/1/08

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witnesses And Order Thereon in
United States v. Felipe Jasso-Rios              4                    07MJ3012